■ JACK RATISHER et al., Appellants, v CITY OF NEW YORK et al., Defendants, and NANCY EHMKE et al., Respondents. — In an action, *inter alia,* to recover damages for false arrest, plaintiffs appeal from an order of the Supreme Court, Queens County (Hyman, J.), dated April 26, 1982, which denied their motion for leave to reargue a prior motion to restore the case to the Trial Calendar as against defendants Ehmke. Appeal dismissed, with $50 costs and disbursements. The denial of a motion to reargue is not appealable (*Wyatt v County of Putnam,* 75 AD2d 850; *Matter of Bucksbaum v County of Nassau,* 75 AD2d 869). Lazer, J. P., Mangano, Gibbons and Brown, JJ., concur.

■ SAECO AUTOMOTIVE WAREHOUSE, INC., Respondent, v GLOBE MOTORISTS SUPPLY CO., INC., Appellant, et al., Defendant. — In an action to recover moneys due for goods sold and delivered, defendant Globe Motorists Supply Co., Inc., appeals from a judgment of the Supreme Court, Westchester County (Walsh, J.), entered December 1, 1981, which is in favor of plaintiff and against it, *inter alia,* in the amount of $14,730.24, upon an order of the same court, entered October 5, 1981, which granted plaintiff's motion for partial summary judgment. Judgment reversed, on the law, with $50 costs and disbursements, order vacated and plaintiff's motion is denied. The letter of May 21, 1981, upon which the award of partial summary judgment is based, conditioned the payment of the sum admitted on the acceptance of returns and the issuance of credits, which are the very issues upon which the parties are unable to agree. Hence, there is not an unqualified admission of a precise sum due (see *Fleder v Itkin,* 294 NY 77). Titone, J. P., Weinstein, Gulotta and Niehoff, JJ., concur.